# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Crystal Wilcox**
       Plaintiff

vs.                      CASE NUMBER: 5:24-cv-505 (DNH/DJS)

**Commissioner of Social Security**
       Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

ORDERED that

1. The Report & Recommendation (Dkt. No. 12) is ACCEPTED and ADOPTED in all respects; and

2. Plaintiff's motion for a judgment on the pleadings (Dkt. No. 10) is GRANTED;

3. Defendant's motion for a judgment on the pleadings (Dkt. No. 11) is DENIED; and

4. The final decision of the Commissioner is REMANDED consistent with reasons set forth in the R&R.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 30, 2025.

DATED: April 30, 2025

                                            Clerk of Court

                                            s/
                                            Heather Merritt

Deputy Clerk